KAPLAN, Respondent, v. WEIN, Appellant. (Supreme Court, Appellate Term. May 24, 1899.) Action by Isaac Kaplan against Joseph Wein. From a judgment for plaintiff, defendant appeals. Affirmed. Rudolph Marks, for appellant. N. S. Levy, for respondent.

FREEDMAN, P. J. This was an action for an alleged conversion of personal property. There was a conflict of evidence upon the trial as to whether the goods claimed by the plaintiff to have been converted by defendant were

returned or not, and the trial judge gave judgment for the plaintiff. The testimony on the part of the plaintiff shows that the defendant was a traveling salesman in the employ of the plaintiff; that the plaintiff had delivered to the defendant a quantity of wrappers and dressing sacques, to be used in obtaining orders for their sale; that these were the property of the plaintiff, and, when the employment of the defendant was ended, were to be returned to the plaintiff; that the employ of the defendant ceased in September, 1898; and that, although requested several times to return the samples, he had not done so. The value of the goods was shown, without objection, to be $41.05, for which amount the plaintiff had a judgment. Several objections were made to the introduction of testimony, and exceptions were taken to the rulings of the trial judge; but a careful examination of the evidence does not show that the testimony objected to was improper, nor was it of such a character as to prejudice the defendant. Upon the whole case, it does not appear that injustice has been done. The judgment should be affirmed. Judgment affirmed, with costs to respondent. All concur.